UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**JENNY HOUTS, on behalf of herself
and others similarly situated,**

    **Plaintiffs,**

**v.**                                 **CASE NO.: 18-cv-61231-BLOOM/Valle**

**TRAVEL DAYS, INC., a Florida
Profit Corporation,**

    **Defendant.**
_____ /

## PLAINTIFF, JENNY HOUTS' NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT[1]

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff, JENNY HOUTS, by and through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendant's Offer of Judgment to Plaintiff, JENNY HOUTS, dated June 29, 2018, attached hereto as Exhibit A. Upon entry of an Order in Plaintiff, JENNY HOUTS' favor for the amount stated, Plaintiff, JENNY HOUTS' counsel will move this Court for reasonable attorneys' fees and costs as the prevailing party after conferring with Defendant's counsel.

Dated:  July 13, 2018.

---

[1] Opt-In Plaintiff, Kyle Ward's claims against Defendant, Travel Days, Inc. are still pending in this case. See ECF No. 10.

Respectfully submitted,

*/s/ Noah E. Storch*
Noah E. Storch, Esq.
Florida Bar No. 0085476
RICHARD CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (866) 344-9243
Facsimile:  (954) 337-2771
E-mail: noah@floridaovertimelawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a copy of same to all counsel of record.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:18-cv-61231-BB

JENNY HOUTS, on behalf of herself and
those similarly situated,

    Plaintiff,

v.

TRAVEL DAYS INC., a Florida Profit
Corporation,

    Defendant.
_____/

**OFFER OF JUDGMENT**

To: Noah Storch, Esquire
RICHARD CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 333314
Telephone No. (866) 344-9243
Facsimile No. (954) 337-2771
Email: noah@floridaovertimelawyer.com
Attorneys for Plaintiff

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, TRAVEL DAYS INC., hereby offers to allow Judgment to be entered against it, on all counts in the Complaint in this action in the amount of One Thousand Five Hundred Seventy Nine and No Cents ($1,579.00)[1] plus interest, if any, representing $858.00 in alleged unpaid minimum wages and overtime compensation, plus $858.00 in alleged liquidated damages; less $137.00 in alleged payments received; but excluding any reasonable attorney's fees and costs, which will be determined by the Court upon timely motion. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that the Defendant is liable in this action, or that the Plaintiff has suffered any damage. To accept

---

[1] This amount represents 100% of the damages alleged in Plaintiff's Complaint, dated June 1, 2018 [DE #1].

this offer, Plaintiff must serve written notice of acceptance within fourteen (14) days of the date this offer is made. If Plaintiff does not accept this offer she may become obligated to pay Defendant's costs incurred after the making of this offer in the event that she does not recover a judgment that is more favorable than this offer of judgment pursuant to FRCP 68(d). This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine attorneys' fees and/or costs.

Respectfully submitted, this 29th day of June, 2018.

> LUBELL & ROSEN, LLC
> *Attorneys for Defendant*
> 200 S. Andrews Ave, Suite 900
> Ft. Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:   adi@lubellrosen.com
>
> By: *s/Adi Amit*
>    Adi Amit, Esquire
>    Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2018, a copy of the foregoing documents has been served by email on Plaintiff's counsel.

> /s/ *Adi Amit*
> Adi Amit