UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61231-BLOOM/Valle

JENNY HOUTS,
on behalf of herself and
those similarly situated,

    Plaintiff,

v.

TRAVEL DAYS, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff Jenny Houts's Notice of Acceptance of Defendant's Offer of Judgment, ECF No. [15] ("Notice of Acceptance"). Pursuant to the Notice of Acceptance and Rule 58 of the Federal Rules of Civil Procedure, the Court enters a **FINAL JUDGMENT** in the amount of **$1,579.00** plus interest, if any, in favor of Plaintiff **Jenny Houts** and against Defendant Travel Days, Inc. on all claims asserted by Plaintiff in the Complaint, ECF No. [1]. The Clerk shall **CLOSE** this case. The Court reserves jurisdiction to determine the amount of reasonable attorney's fees and costs to be awarded to Plaintiff.

**DONE AND ORDERED** in Miami, Florida this 16th day of July, 2018.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record